

# Concord Police Department
# Evidence Processing Report

**DATE:** June 4th, 2015  
**OCA:** 76 CRS 5708  
**SUSPECT(S):** Ronnie Wallace Long  

**TYPE OF CASE:** First-Degree Rape, Robbery  
**DATE OF OFFENSE:** April 25th, 1976  

**EXAMINED BY:** B. Schiele

---

## ITEM(S) EXAMINED

Item #1: Sealed envelope containing nine (9) latent fingerprint lift cards  
Item #2: Sealed envelope containing twenty-two (22) latent fingerprint lift cards  
Item #3: Sealed envelope containing twelve (12) latent fingerprint lift cards  

## TYPE OF EXAMINATION

AFIS submission

## RESULTS OF EXAMINATION

Item #1: One latent lift card (01-9) submitted to AFIS network. Query returned no possible contributors of the latent impression.

Item #2: Three latent lift cards (02-1, 02-8, and 02-11) submitted to AFIS network. Queries returned no possible contributors of these latent impressions.

Item #3: Insufficient value for AFIS submission.

Sergeant Brian Schiele  
Concord Police Department  
Criminal Investigation Div.