IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONNIE WALLACE LONG, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | 1:16-CV-539 |
| ) | |
| FRANK L. PERRY, ) | |
|     Respondent. ) | |

## JUDGMENT

For the reasons set forth in the Magistrate Judge's Recommendation and in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's Motion for Summary Judgment, Doc. 5, is **GRANTED in part and DENIED in part**, in that Judgment is entered dismissing this action without prejudice pending Petitioner's exhaustion of his fingerprint-based *Brady* claim in the state courts, without issuance of a certificate of appealability.

This the 1st day of February, 2017.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE